DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**G&R WINDOWS & DOORS, LLC,**
Appellant,

v.

**CLEAVLAN SHIELDS,**
Appellee.

No. 4D2024-0751

[March 12, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina Weatherly Di Pietro, Judge; L.T. Case No. COCE22-054298.

Arturo L. Arca and Ana C. Rivera Rios of Trembly Law Firm, Miami, for appellant.

Scott M. Janowitz of SJ Trial Lawyers P.A., Coral Gables, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

LEVINE, CONNER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***